UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNLEASHED MAGAZINE, INC.,**

**Plaintiff,**

-vs-    Case No. 6:06-cv-1690-Orl-28GJK

**ORANGE COUNTY, FLORIDA,**

**Defendant.**

## ORDER

This case is before the Court on Defendant's Daubert Motion and Memorandum to Exclude Plaintiff's Expert (Doc. No. 39) filed May 12, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Objections filed by Plaintiff (Doc. No. 76) and Defendant's Opposition to Plaintiff's Objections (Doc. No. 85), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 25, 2008 (Doc. No. 73) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Daubert Motion and Memorandum to Exclude Plaintiff's Expert (Doc. No. 39) is **GRANTED**. The report of Plaintiff's expert, Rand Brenner, is hereby **STRICKEN** and Plaintiff will not be allowed to present any expert testimony from Rand Brenner at trial pursuant to Fed. R. Civ. P. 702.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___16___ day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party